Preciliano Martinez
Attorney At Law, SBN 93253
1120 14th Street, Suite 5
Modesto, CA 95354
Telephone: (209) 579-2206
Email: attymartinezp@yahoo.com

Attorney for:
Carlos Garcia-Weldon

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Carlos Garcia-Weldon,<br>Sandra Judith Castaneda Cisneros,<br>Edel Felix Castro,<br>Fermin Lozano Gonzalez<br>Defendants | CASE NO. 1:19-CR-00274-NONE-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND ORDER THEREON |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Melanie Alsworth, and Defendants Carlos Garcia Weldon, represented by Attorney Preciliano Martinez, Defendant Sandra Judith Castaneda Cisneros, represented by Mark Coleman, Defendant Edel Felix Castro, represented by Arturo Hernandez, Defendant Fermin Lozano Gonzalez, represented by Curtis V. Rodriguez, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 22, 2020.

2. By this stipulation, defendants now move to continue the status conference until June 15, 2020, and to exclude time between March 16, 2020 and June 15, 2020, under Local Codes T4 and M. Plaintiff does not oppose this request. The Defense continues to conduct investigation, review discovery and negotiate with the Government.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendants desire additional time to continue to conduct

1

investigation, and to otherwise prepare for trial.  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government does not object to the continuance.

   b) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period March 16, 2020 and, June 15, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] for Mr. Garcia-Weldon, Mrs. Castaneda-Cisneros, Mr. Castro, Lozano-Gonzalez, because it results form a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 16, 2020        /s/ Melanie Alsworth
                 MELANIE ALSWORTH
                 Assistant United States Attorney


Dated:  March 16, 2020         /s/   Preciliano Martinez
                 PRECILIANO MARTINEZ, ESQ.
                 Attorney for Carlos Garcia-Weldon


Dated:  March 16, 2020         /s/   Mark Coleman
                 MARK COLEMAN, ESQ.
                 Attorney for Sandra Judith Castaneda Cisneros

Dated: March 16, 2020

/s/ Arturo Hernandez
ARTURO HERNANDEZ, ESQ.
Attorney for Edel Felix Castro

Dated: March 16, 2020

/s/ Curtis V Rodriguez
CURTIS V RODRIGUEZ, ESQ.
Attorney for Fermin Lozano Gonzalez

**ORDER**

IT IS SO ORDERED.

Dated: __**March 16, 2020**__         /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE