PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>                      v.<br><br>CARLOS GARCIA WELDON,<br>SANDRA JUDITH CASTANEDA<br>CISNEROS, EDEL FELIX CASTRO, AND<br>FERMIN LOZANO GONZALEZ,<br><br>                                   Defendants. | CASE NO.  1:19-CR-00274-JLT-SKO<br><br>STIPULATION TO CONTINUE TRIAL<br>CONFIRMATION HEARING; ORDER<br><br>DATE: January 20, 2023<br>TIME: 10:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

      1.      This matter was set for Trial Confirmation Hearing on January 20, 2023.

      2.      By this stipulation, the parties request that the Trial Confirmation Hearing be continued to February 13, 2023 at 10:00 am.  The parties are actively working on a resolution of the case and believe substantial progress will be made towards resolution in the next few weeks.

      IT IS SO STIPULATED.

Dated:  January 19, 2023

PHILLIP A. TALBERT
United States Attorney


 /s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

1

Dated:  January 19, 2023

/s/ PRECILIANO MARTINEZ
PRECILIANO MARTINEZ
Counsel for Defendant
CARLOS GARCIA WELDON

Dated:  January 19, 2023

/s/ MARK COLEMAN
MARK COLEMAN
Counsel for Defendant
SANDRA JUDITH
CASTANEDA CISNEROS

Dated:  January 19, 2023

/s/ ARTURO HERNANDEZ
ARTURO HERNANDEZ
Counsel for Defendant
EDEL FELIX CASTRO

Dated:  January 19, 2023

/s/ CURTIS RODRIGUEZ
CURTIS RODRIGUEZ
Counsel for Defendant
FERMIN LOZANO
GONZALEZ

## ORDER

IT IS SO ORDERED.

Dated:   **January 23, 2023**

UNITED STATES DISTRICT JUDGE