PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00274-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA HEARING; FINDINGS AND ORDER |
| v. | |
| CARLOS GARCIA WELDON, SANDRA JUDITH CASTANEDA CISNEROS, EDEL FELIX CASTRO, AND FERMIN LOZANO GONZALEZ, | TRIAL DATE: July 18, 2023
TIME: 10:00 a.m.
COURT: Hon. Jennifer L. Thurston |
| Defendants. | |

**INTRODUCTION**

This case is set for jury trial on July 18, 2023. The case has resolved, and the parties filed plea agreements on May 5, 2023 (ECF # 86, 87, 88 and 89). The parties now request, by stipulation, that the Court vacate the July 18, 2023, set a change of plea hearing for July 24, 2023 at 10:00 am, and exclude the time period between the date of the signing of this order through and including July 24, 2023 under the Speedy Trial Act.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Jury Trial on July 18, 2023.

2. The parties have reached a resolution of the case and have entered plea agreements (ECF

#86-89).

3. By this stipulation, defendants now move to vacate the trial date, set a change of plea hearing for July 24, 2023 at 10:00 am, and to exclude time through and including July 24, 2023 under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes numerous investigative reports, videos, and pictures. As a money laundering case, the case also involves extensive and voluminous financial records.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desires additional time to consult with his client, review the charges, conduct investigation and research, review discovery and prepare for the change of plea hearing.

    c) Counsel for defendants believe that the failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of time from the date of this order through and including to July 24, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

STIPULATION TO CONTINUE TRIAL DATE; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

| Dated: May 10, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| Dated: May 10, 2023 | /s/ PRECILIANO MARTINEZ<br>PRECILIANO MARTINEZ<br>Counsel for Defendant<br>CARLOS GARCIA WELDON |
| Dated: May 10, 2023 | /s/ MARK COLEMAN<br>MARK COLEMAN<br>Counsel for Defendant<br>SANDRA JUDITH<br>CASTANEDA CISNEROS |
| Dated: May 10, 2023 | /s/ ARTURO HERNANDEZ<br>ARTURO HERNANDEZ<br>Counsel for Defendant<br>EDEL FELIX CASTRO |
| Dated: May 10, 2023 | /s/ CURTIS RODRIGUEZ<br>CURTIS RODRIGUEZ<br>Counsel for Defendant<br>FERMIN LOZANO<br>GONZALEZ |

**ORDER**

IT IS SO ORDERED.

Dated:  **May 11, 2023**

UNITED STATES DISTRICT JUDGE