PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARLOS GARCIA WELDON and SANDRA JUDITH CASTANEDA CISNEROS, <br><br> Defendants. | CASE NO. 1:19-CR-00274-JLT-SKO <br><br> PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreements between the United States of America and defendants Carlos Garcia Weldon and Sandra Judith Castaneda Cisneros, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 982(a)(1) and 31 U.S.C. § 5317(c)(1) defendants Carlos Garcia Weldon's and Sandra Judith Castaneda Cisneros' interests in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Approximately $62,108.04 seized from Wells Fargo Bank account number 2196481887, held in the name of Sandra Judith Castaneda;

   b. Approximately $36,752.81 seized from Wells Fargo Bank account number 2133483814, held in the name of Guadalupe Weldon;

   c. Approximately $13,000.00 in U.S. Currency;

    d.  Real property located at 707 Whitlock Avenue, Units A-41 and A-42, Marietta, Georgia, Cobb County, APNs: 16122600580 and 16122600590, including all appurtenances and improvements thereto; and

    e.  Real property located at 707 Whitlock Avenue, Unit D-33, Marietta, Georgia, Cobb County, APN 16122600720, including all appurtenances and improvements thereto.

  2.  The above-listed property constitutes property, real or personal, involved in a violation of 18 U.S.C. § 1956(h) and 31 U.S.C. § 5324(a)(3), is property traceable to such violations, or is property traceable to such property.

  3.  Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Internal Revenue Service – Criminal Investigations, in its secure custody and control.

  4.  a.  Pursuant to 18 U.S.C. § 982(b)(1) and 31 U.S.C. § 5317(c)(1)(B), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within 30 days from receipt of direct written notice, whichever is earlier.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

Preliminary Order of Forfeiture

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(1) and 31 U.S.C. § 5317(c)(1), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **August 23, 2023**

_____
UNITED STATES DISTRICT JUDGE