PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS GARCIA WELDON,<br><br>Defendant. | CASE NO. 1:19-CR-00274-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: March 11, 2024<br>TIME: 9:00 a.m.<br>COURT:  Hon. Jennifer L. Thurston |

This case is set for sentencing on March 11, 2024. As set forth below, the parties now move, by stipulation, to continue the sentencing to May 20, 2024.

The discovery associated with this case includes numerous investigative reports, videos, and pictures. As a money laundering case, the case also involves extensive and voluminous financial records. To prepare for sentencing Counsel for defendant desires additional time to consult with his client, conduct investigation and research, and prepare mitigation arguments for his client.

IT IS SO STIPULATED.

Dated: March 5, 2024                               PHILLIP A. TALBERT
                                                                 United States Attorney


                                                                 /s/ JEFFREY A. SPIVAK
                                                                 JEFFREY A. SPIVAK
                                                                 Assistant United States Attorney

STIPULATION TO CONTINUE SENTENCING HEARING                    1

Dated: March 5, 2024

/s/ Preciliano Martinez, Esq.
PRECILIANO MARTINEZ, ESQ
Counsel for Defendant
Angel Delgadillo, Sr. (3)

**ORDER**

IT IS SO ORDERED.

Dated: **March 6, 2024**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE