PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00274-JLT-SKO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| CARLOS GARCIA WELDON, and SANDRA JUDITH CASTANEDA CISNEROS, | |
| Defendants. | |

On August 23, 2023, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Carlos Garcia Weldon and Sandra Judith Castaneda Cisneros in the following property:

a. Approximately $62,108.04 seized from Wells Fargo Bank account number 2196481887, held in the name of Sandra Judith Castaneda,

b. Approximately $36,752.81 seized from Wells Fargo Bank account number 2133483814, held in the name of Guadalupe Weldon,

c. Approximately $13,000.00 in U.S. Currency,

d. Real property located at 707 Whitlock Avenue, Units A-41 and A-42, Marietta, Georgia, Cobb County, APNs: 16122600580 and 16122600590, and

e. Real property located at 707 Whitlock Avenue, Unit D-33, Marietta, Georgia, Cobb County, APN: 16122600720.

Beginning on August 26, 2023, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the property:

   a. Maria Guadalupe Weldon:  On September 15, 2023, a notice letter was sent via certified mail to Maria Guadalupe Weldon, 1445 Coffee Villa Drive, Modesto, CA 95355-1739.  Neither the PS Form 3811 (certified mail "green card" showing delivery of mail) nor the envelope were returned to the U.S. Attorney's Office.  The USPS Tracking Results show that as of May 28, 2024, the envelope had not been delivered.

   b. Emmanuel I. Emelue:  On September 15, 2023, a notice letter was sent via certified mail to Emmanuel I. Emelue, 1664 Harlington Road, Smyrna, GA 30082.  Neither the PS Form 3811 (certified mail "green card" showing delivery of mail) nor the envelope were returned to the U.S. Attorney's Office.  The USPS Tracking Results show delivery was made on September 23, 2023.

   c. Emmanuel I. Emelue:  On September 15, 2023, a notice letter was sent via certified mail to the Law Office of Jack Fishman, attorney for Emmanuel I. Emelue, 2970 Clairmont Road, #630, Brookhaven, GA 30329.  Neither the PS Form 3811 (certified mail "green card" showing delivery of mail) nor the envelope were returned to the U.S. Attorney's Office.  The USPS Tracking Results show that as of May 28, 2024, the envelope had not been delivered.

The Court has been advised that on October 25, 2023, attorney Kyle Winchester, representing Emmanuel I. Emelue, emailed to the U.S. Attorney's Office a proposed claim to the real property assets subject to forfeiture.  On October 26, 2023, the U.S. Attorney's Office extended to Mr. Winchester a 30-day extension to file the proposed claim with the court.  The parties engaged in informal discussions concerning the proposed claim however, a claim was not filed with the court.  The U.S. Attorney's Office extended to Mr. Winchester until April 1, 2024, to file his client's claim with the court.  As of the filing of this application, no claim or ancillary petition has been filed by or on behalf of Emmanuel I. Emelue.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired. Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 982(a)(1) and 31 U.S.C. § 5317(c)(1), to be disposed of according to law, including all right, title, and interest of Carlos Garcia Weldon, Judith Castaneda Cisneros, Maria Guadalupe Weldon, and Emmanuel I. Emelue:

   a. Approximately $62,108.04 seized from Wells Fargo Bank account number 2196481887, held in the name of Sandra Judith Castaneda, plus all accrued interest,

   b. Approximately $36,752.81 seized from Wells Fargo Bank account number 2133483814, held in the name of Guadalupe Weldon, plus all accrued interest,

   c. Approximately $13,000.00 in U.S. Currency, plus all accrued interest,

   d. Real property located at 707 Whitlock Avenue, Units A-41 and A-42, Marietta, Georgia, Cobb County, APNs: 16122600580 and 16122600590, and

   e. Real property located at 707 Whitlock Avenue, Unit D-33, Marietta, Georgia, Cobb County, APN: 16122600720.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of the Treasury, Internal Revenue Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **May 29, 2024**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE