HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Linda_Harter@fd.org

Attorney for Defendant
CARLOS GARCIA WELDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:19-cr-00274-JLT-SKO-1 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| CARLOS GARCIA WELDON, | ) | |
| | ) | |
| Defendant. | ) | |

**FINDINGS AND ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Mr.

Weldon's self-surrender date be extended and that he be ordered to self-surrender on November

8, 2024 by 12pm.

IT IS SO ORDERED.

Dated:   **August 21, 2024**

UNITED STATES DISTRICT JUDGE