ERIC GRANT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00274-JLT-SKO |
|---|---|
| Plaintiff, | *AMENDED*[1] FINAL ORDER OF FORFEITURE |
| v. | |
| CARLOS GARCIA WELDON, and SANDRA JUDITH CASTANEDA CISNEROS, | |
| Defendants. | |

On August 23, 2023, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Carlos Garcia Weldon and Sandra Judith Castaneda Cisneros in the following property:

    a. Approximately $62,108.04 seized from Wells Fargo Bank account number 2196481887, held in the name of Sandra Judith Castaneda,

    b. Approximately $36,752.81 seized from Wells Fargo Bank account number 2133483814, held in the name of Guadalupe Weldon,

    c. Approximately $13,000.00 in U.S. Currency,

    d. Real property located at 707 Whitlock Avenue, Units A-41 and A-42, Marietta, Georgia, Cobb County, APNs: 16122600580 and 16122600590, and

---

[1] The amendment is to add the legal descriptions for the two real property assets given in Exhibits A and B. The substance of the document remains unchanged.

*AMENDED* FINAL ORDER OF FORFEITURE      1

   e. Real property located at 707 Whitlock Avenue, Unit D-33, Marietta, Georgia, Cobb County, APN: 16122600720.

Beginning on August 26, 2023, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the property:

   a. Maria Guadalupe Weldon:  On September 15, 2023, a notice letter was sent via certified mail to Maria Guadalupe Weldon, 1445 Coffee Villa Drive, Modesto, CA 95355-1739.  Neither the PS Form 3811 (certified mail "green card" showing delivery of mail) nor the envelope were returned to the U.S. Attorney's Office.  The USPS Tracking Results show that as of May 28, 2024, the envelope had not been delivered.

   b. Emmanuel I. Emelue:  On September 15, 2023, a notice letter was sent via certified mail to Emmanuel I. Emelue, 1664 Harlington Road, Smyrna, GA 30082.  Neither the PS Form 3811 (certified mail "green card" showing delivery of mail) nor the envelope were returned to the U.S. Attorney's Office.  The USPS Tracking Results show delivery was made on September 23, 2023.

   c. Emmanuel I. Emelue:  On September 15, 2023, a notice letter was sent via certified mail to the Law Office of Jack Fishman, attorney for Emmanuel I. Emelue, 2970 Clairmont Road, #630, Brookhaven, GA 30329.  Neither the PS Form 3811 (certified mail "green card" showing delivery of mail) nor the envelope were returned to the U.S. Attorney's Office.  The USPS Tracking Results show that as of May 28, 2024, the envelope had not been delivered.

The Court has been advised that on October 25, 2023, attorney Kyle Winchester, representing Emmanuel I. Emelue, emailed to the U.S. Attorney's Office a proposed claim to the real property assets subject to forfeiture.  On October 26, 2023, the U.S. Attorney's Office extended to Mr. Winchester a 30-day extension to file the proposed claim with the court.  The parties engaged in informal discussions concerning the proposed claim however, a claim was not filed with the court.  The U.S. Attorney's Office extended to Mr. Winchester until April 1, 2024, to file his client's claim with the court.  As of the filing of this application, no claim or ancillary

AMENDED FINAL ORDER OF FORFEITURE       2

petition has been filed by or on behalf of Emmanuel I. Emelue.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. An *Amended* Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 982(a)(1) and 31 U.S.C. § 5317(c)(1), to be disposed of according to law, including all right, title, and interest of Carlos Garcia Weldon, Judith Castaneda Cisneros, Maria Guadalupe Weldon, and Emmanuel I. Emelue:

   a. Approximately $62,108.04 seized from Wells Fargo Bank account number 2196481887, held in the name of Sandra Judith Castaneda, plus all accrued interest,

   b. Approximately $36,752.81 seized from Wells Fargo Bank account number 2133483814, held in the name of Guadalupe Weldon, plus all accrued interest,

   c. Approximately $13,000.00 in U.S. Currency, plus all accrued interest,

   d. Real property located at 707 Whitlock Avenue, Units A-41 and A-42, Marietta, Georgia, Cobb County, APNs: 16122600580 and 16122600590, more particularly described in Exhibit A attached hereto and incorporated herein, and

   e. Real property located at 707 Whitlock Avenue, Unit D-33, Marietta, Georgia, Cobb County, APN: 16122600720, more particularly described in Exhibit B attached hereto and incorporated herein.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of the Treasury, Internal Revenue Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **August 19, 2025**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

*Amended* Final Order of Forfeiture                3

**Exhibit A**

Real property located at 707 Whitlock Avenue, Units A-41 and A-42, Marietta, Georgia, Cobb County, APNs: 16122600580 and 16122600590

All that tract or parcel of land lying and being in Land Lot 1266 of the 16th District, 2nd Section, Cobb County, Georgia, and being Units A-41 and A-42, Whitlock Park Center, Phase 2, as shown on plat recorded in Plat Book 171, Page 24, Cobb county, Georgia records, together with the undivided interest in and to the common and/or limited common elements appurtenant thereto as provided in that certain Declaration of Covenants, Conditions and Restrictions for Whitlock Park Center, Phase 2, dated February 21, 1997, recorded in Deed Book 10181, Page 12, aforesaid records, as supplemented and amended; and together with all easements, right of way, appurtenances, or rights appertaining or in anywise belonging thereto including, without limitation, any portion of such land lying within the right of way of any publicly dedicated street, roadway, or alley way; and together with any and all improvements, structures, or fixtures located therein or thereon.

**Exhibit B**

Real property located at 707 Whitlock Avenue, Unit D-33, Marietta, Georgia, Cobb County, APN: 16122600720

All that tract or parcel of land lying and being in Land Lot 1226 of the 16th District, 2nd Section, Cobb county, Georgia, being Unit 33, Phase 2, Building D, Whitlock Park Center, as shown on plat of survey recorded in Plat Book 171, Page 24, Cobb County, Georgia records, which plat is incorporated herein and made a part hereof by reference, being known as 707 Whitlock Avenue, D-33, Marietta, Georgia 30064.

Also conveyed herein are all non-exclusive easement rights contained and described in that certain Declaration of Covenants, Conditions and Restrictions for Whitlock Park Medical and Professional Center, dated February 21, 1997 and executed by Whitlock Park Development I, LLC, as recorded in Deed Book 10181 Page 12, Cobb County, Georgia records, as amended by Supplemental Declaration recorded in Deed Book 11346 Page 411, aforesaid records, and Deed Book 11346 Page 414, aforesaid records.

Also conveyed herein is a perpetual, non-exclusive access easement for pedestrian and vehicular ingress and egress over, through and across the following-described Easement Tract to provide access and right of way over said Easement Tract and the above-described property being conveyed to Grantee.

EASEMENT TRACT:
All that tract or parcel of land lying and being in Land Lot 1226 of the 16th District, 2nd Section, Cobb County, Georgia, as per plat of survey prepared for Whitlock Park Center, dated June 25, 1996 and prepared by Charles C. Franklin, G.R.L.S. No. 2143, and being more particularly described as follows:

TO FIND THE TRUE POINT OF BEGINNING, commence at an iron pin located at the intersection of the southerly side of the right of way of Whitlock Ave. (80 foot right of way, a/k/a State Route # 120) and the easterly side of the right of way of Manning Road (50 foot right of way) and run thence in an easterly direction along the southerly side of the right of way of Whitlock Ave. and following the curvature thereof for a distance of 601.21 feet to a point and corner; continue thence South 1 degrees 53 minutes 54 seconds West for a distance of 652.07 feet to an iron pin and corner; continue thence North 87 degrees 09 minutes 11 seconds West for a distance of 265.48 feet to a point and corner; continue thence North 03 degrees 15 minutes 18 seconds East for a distance of 249.53 feet to the TRUE POINT OF BEGINNING; from said TRUE POINT OF BEGINNING, running thence North 86 degrees 44 minutes 42 seconds West for a distance of 334.21 feet to a point and corner located on the easterly side of the right of way of Manning Road; running thence North 01 degrees 05 minutes 21 seconds East along the easterly side of the right of way of Manning Road for a distance of 50.04 feet to a point and corner; running thence South 86 degrees 44 minutes 42 seconds East for a distance of 335.73 feet to a point and corner; running thence South 02 degrees 49 minutes 21 seconds West for a distance of 50.00 feet to the TRUE POINT OF BEGINNING.